**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUANE VAN LIEW, | No. CIV S-06-1533-WBS-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

/ / /

/ / /

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Michael J. Astrue is substituted for his predecessor. The Clerk of the Court is directed to update the docket to reflect the above caption.

1

1   On June 8, 2007, the magistrate judge filed findings and recommendations herein
2   which were served on the parties and which contained notice that any objections to the findings
3   and recommendations were to be filed within 20 days. Timely objections to the findings and
4   recommendations have been filed.
5   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
6   304, this court has conducted a de novo review of this case. Having carefully reviewed the entire
7   file, the court finds the findings and recommendations to be supported by the record and by
8   proper analysis.
9   Accordingly, IT IS HEREBY ORDERED that:
10  1.  The findings and recommendations filed June 8, 2007, are adopted in full;
11  2.  Plaintiff's motion for summary judgment is denied;
12  3.  Defendant's cross-motion for summary judgment is granted; and
13  4.  The Clerk of the Court is directed to enter judgment and close this file.
14  DATED: July 6, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE